JUDGE PRESKA

08 CV 5558

BLANK ROME, LLP
Attorneys for Plaintiff
BEARBULK (UK) LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



RECEIVED
JUN 19 2008
U.S.D.C. S.D.N.Y.
CASHIERS

BEARBULK (UK) LTD.,

    Plaintiff,

-against-

R.P. LOGISTICS LTD.,

    Defendant.

08 Civ. 5558 (LAP)

**Rule 7.1 Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff, BEARBULK (UK) LTD., certifies that, according to information provided to counsel by its clients, BEARBULK (UK) LTD. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, New York
       Jun 19, 2008

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff

                                    By _____
                                        Thomas H. Belknap, Jr. (TB-3188)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000
                                    tbelknap@blankrome.com

900200.00001/664798 lv.1